## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Annette Benson aka Annette Benson-Hutchful | |
| Debtor(s) | CHAPTER 13 |
| | |
| Citibank, N.A., not in its individual capacity, bit solely as trustee for NRZ Pass-Through Trust VI, its successors and/or assigns | |
| Movant | |
| vs. | NO. 18-10207 jkf |
| | |
| Annette Benson aka Annette Benson-Hutchful | |
| Debtor(s) | |
| | |
| Frederick L. Reigle Esq. | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Citibank, N.A., not in its individual capacity, bit solely as trustee for NRZ Pass-Through Trust VI, which was filed with the Court on or about **March 28, 2018; Docket No. 15**.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

October 4, 2018