## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Annette Benson | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR(S) | : | CASE NO.:  18-10207 |

### CERTIFICATION OF NO RESPONSE

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>October 23, 2018</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.


Dated:  November 12, 2018                            /s/ Georgette Miller
                                                          Georgette Miller

                                                          Law Offices of Georgette Miller Esq., P.C
                                                          335 Evesham Avenue
                                                          Lawnside, NJ 08045
                                                          856-323-1100
                                                          Bar I.D. 86358
                                                          Attorney for Debtor

{00328737;v1}