IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Annette Benson                                CHAPTER 13

DEBTOR(S)                                              BANKRUPTCY NO.: 18-10207

### ORDER TO ALLOW COUNSEL FEES

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,000.00 and reimbursement of expenses is allowed in the amount of $100.00.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses set forth in paragraph 2 less $190.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_____
Bankruptcy Judge

**Date: November 14, 2018**

xxDatedxxOctoberx23,x2018xx

cc:    William C. Miller
       Chapter 13 Trustee
       1234 Market Street, Suite 1813
       Philadelphia, PA 19107

       US Trustee's Office
       833 Chestnut Street, Suite 500
       Philadelphia, PA 19107

       Annette Benson
       1936 South Hemberger
       Philadelphia, PA 19145

{00328735;v1}