United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-10207-jkf
Annette Benson                                                                  Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Dec 21, 2018
                      Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.
14077344      +Fay Servicing, LLC,   Bankruptcy Department,   3000 Kellway Dr., Ste 150,    Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
       FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
    ecf_frpa@trustee13.com
       GEORGETTE MILLER    on behalf of Debtor Annette  Benson info@georgettemillerlaw.com,
    georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
       KEVIN G. MCDONALD    on behalf of Creditor   Citibank, N.A., not in its individual capacity, bit solely as trustee for NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
       LISA  CANCANON    on behalf of Creditor   Land Home Financial Services, Inc. LisaC@w-legal.com
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
    ecf_frpa@trustee13.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM MILLER*R   ecfmail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                             TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-10207-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Annette Benson
1936 South Hemberger
Philadelphia PA 19145

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/20/2018.

Name and Address of Alleged Transferor(s):

Claim No. 4: Fay Servicing, LLC, Bankruptcy Department, 3000 Kellway Dr., Ste 150, Carrollton, TX 75006

Name and Address of Transferee:

Land Home Financial Services, Inc.
2001 Western Avenue, Suite 400
Seattle, WA 98121

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/23/18

Tim McGrath
**CLERK OF THE COURT**