| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-10207-AMC

ANNETTE BENSON
1936 SOUTH HEMBERGER
PHILADELPHIA PA   19145

Petition Filed Date: 01/11/2018
341 Hearing Date: 03/09/2018
Confirmation Date: 10/17/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $180.00 | 25610124453 | 02/15/2019 | $180.00 | 17889030216 | 03/18/2019 | $180.00 | 17902421009 |
| 04/12/2019 | $180.00 | 17964586006 | 05/16/2019 | $180.00 | 17986452681 | 06/17/2019 | $180.00 | 17986454271 |
| 07/16/2019 | $180.00 | 25885588263 | 08/20/2019 | $180.00 | 17687492140 | 09/17/2019 | $180.00 | 26154846865 |
| 10/16/2019 | $180.00 | 19033448375 | 12/26/2019 | $180.00 | 19062138761 | 03/12/2020 | $360.00 | 19071984386 |
| 06/11/2020 | $360.00 | 19116269618 | | | | | | |

**Total Receipts for the Period: $2,700.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,240.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $132.88 | $0.00 | $132.88 |
| 3 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 003 | Unsecured Creditors | $1,601.97 | $0.00 | $1,601.97 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06S | Secured Creditors | $4,832.86 | $0.00 | $4,832.86 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $21,950.26 | $0.00 | $21,950.26 |
| 4 | LAND HOME FINANCIAL SERVICES INC<br>»» 004 | Mortgage Arrears | $5,153.97 | $0.00 | $5,153.97 |
| 2 | MASSEY'S<br>»» 002 | Unsecured Creditors | $211.89 | $0.00 | $211.89 |
| 5 | PAYDAY LOAN YES<br>»» 005 | Unsecured Creditors | $510.00 | $0.00 | $510.00 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $143.89 | $0.00 | $143.89 |
| 8 | GEORGETTE MILLER ESQ<br>»» 008 | Attorney Fees | $3,910.00 | $3,875.60 | $34.40 |

Chapter 13 Case No. 18-10207-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,240.00 | Current Monthly Payment: | $180.00 |
| Paid to Claims: | $3,875.60 | Arrearages: | $900.00 |
| Paid to Trustee: | $364.40 | Total Plan Base: | $10,360.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.