**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Annette Benson,** | : | **Chapter 13** |
| | : | |
| | : | |
| **Debtor,** | : | **Bankruptcy No.  18-10207-AMC** |

# O R D E R

**AND NOW, this _____ day of _____, 2020,** upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan is **APPROVED**.

_____
**Date: December 2, 2020**                                    **Honorable Ashely M. Chan**

{00383165;v1}