| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-10207-AMC

ANNETTE  BENSON
1936 SOUTH HEMBERGER
PHILADELPHIA PA    19145

Petition Filed Date: 01/11/2018
341 Hearing Date: 03/09/2018
Confirmation Date: 10/17/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/12/2020 | $360.00 | 19071984386 | 06/11/2020 | $360.00 | 19116269618 | 09/15/2020 | $360.00 | 19116270118 |
| 12/02/2020 | $360.00 | 19208305603 | 01/14/2021 | $180.00 | 19208304691 | 02/02/2021 | $200.00 | 19230910108 |
| 02/11/2021 | $220.00 | 27205526597 | 03/30/2021 | $200.00 | 26704188426 | 05/10/2021 | $360.00 | 19262807276 |

**Total Receipts for the Period:  $2,600.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $6,120.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP<br>»»  001 | Unsecured Creditors | $132.88 | $0.00 | $132.88 |
| 3 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»»  003 | Unsecured Creditors | $1,601.97 | $0.00 | $1,601.97 |
| 6 | UNITED STATES TREASURY (IRS)<br>»»  06S | Secured Creditors | $138.15 | $138.15 | $4,694.71 |
| 6 | UNITED STATES TREASURY (IRS)<br>»»  06U | Unsecured Creditors | $21,950.26 | $0.00 | $21,950.26 |
| 4 | LAND HOME FINANCIAL SERVICES INC<br>»»  004 | Mortgage Arrears | $5,153.97 | $147.33 | $5,006.64 |
| 2 | MASSEY'S<br>»»  002 | Unsecured Creditors | $211.89 | $0.00 | $211.89 |
| 5 | PAYDAY LOAN YES<br>»»  005 | Unsecured Creditors | $510.00 | $0.00 | $510.00 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»»  007 | Secured Creditors | $143.89 | $0.00 | $143.89 |
| 8 | **GEORGETTE MILLER ESQ**<br>»»  008 | Attorney Fees | $3,910.00 | $3,910.00 | $0.00 |
| 0 | **GEORGETTE MILLER ESQ**<br>  | Attorney Fees | $1,600.00 | $0.00 | $1,600.00 |

**Chapter 13 Case No. 18-10207-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,120.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $4,195.48 | Arrearages: | ($645.00) |
| Paid to Trustee: | $517.60 | Total Plan Base: | $12,010.00 |
| Funds on Hand: | $1,406.92 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.