## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Annette Benson** | : | **Chapter 13** |
| | : | |
| **Debtor(s).** | : | **Bankruptcy No. 18-10207** |

### ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation in the amount of $1567.00 and reimbursement of expenses in the amount of $33.00 are **ALLOWED** in favor of the Applicant.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**Date: September 29, 2021**

_____
Bankruptcy Judge

Dated: September 9, 2021

cc:    William C. Miller
       Chapter 13 Trustee
       1234 Market Street, Suite 1813
       Philadelphia, PA 19107

       U.S. Trustee's Office
       833 Chestnut Street
       Suite 500
       Philadelphia, P A 19107

       Annette Benson
       1936 South Hemberger
       Philadelphia, PA 19145