**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** Annette Benson, | : | **CHAPTER 13** |
| | : | **CASE NO.: 18-10207-AMC** |
| **Debtor,** | : | |

## NOTICE FOR DEBTOR'S MOTION FOR PERMISSION TO APPROVE A LOAN MODIFICATION

Debtor Annette Benson has filed a Motion for Permission to Approve a Loan Modification with this Court. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you want the Court to consider your views on the Motion, then on or before 3/6/2022, you or your attorney must:

File with the court a written response at:

U.S. Bankruptcy Court
900 Market Street
Philadelphia, PA  19107
Attn: Bankruptcy Clerk

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must mail a copy to:

Michelle Lee, Esquire
Margolis Edelstein
170 S. Independence Mall W., Suite 400E
Philadelphia, PA 19106

You or your attorney must attend the hearing scheduled to be held on **3/30/2022 at 11:00AM, VIA TELEPHONE CONFERENCE.** If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: 2/22/2022                                                                                       Respectfully Submitted,

                                                                                       /s/ Michelle Lee
                                                                                       Michelle Lee, Esquire
                                                                                       Margolis Edelstein
                                                                                       170 S. Independence Mall W., Suite 400E
                                                                                       Philadelphia, PA 19106

{00283715;v1}