**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Annette Benson, | : | CHAPTER 13 |
| | : | CASE NO.: 18-10207-AMC |
| Debtor, | : | |

# ORDER

**AND NOW,** upon consideration of the Debtor's for Permission to Approve a Loan Modification, and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter the loan modification transaction as set forth in the Motion.

Dated: _____

**Date: March 30, 2022**

_____
**ASHELY M. CHAN,**
**U.S. BANKRUPTCY JUDGE**

{00283715;v1}