Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-10207-AMC

ANNETTE  BENSON
1936 SOUTH HEMBERGER
PHILADELPHIA PA   19145

Petition Filed Date: 01/11/2018
341 Hearing Date: 03/09/2018
Confirmation Date: 10/17/2018

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/10/2021 | $360.00 | 19262807276 | 08/17/2021 | $360.00 | 19298426053 | 10/12/2021 | $360.00 | 27599121145 |
| 12/07/2021 | $360.00 | 27599141092 | 01/11/2022 | $180.00 | 19330399021 | 04/11/2022 | $360.00 | 19230910929 |

**Total Receipts for the Period: $1,980.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,740.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $132.88 | $0.00 | $132.88 |
| 3 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 003 | Unsecured Creditors | $1,601.97 | $0.00 | $1,601.97 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06S | Secured Creditors | $138.15 | $138.15 | $4,694.71 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $21,950.26 | $0.00 | $21,950.26 |
| 4 | SN SERVICING CORPORATION<br>»» 004 | Mortgage Arrears | $5,153.97 | $1,398.40 | $3,755.57 |
| 2 | MASSEY'S<br>»» 002 | Unsecured Creditors | $211.89 | $0.00 | $211.89 |
| 5 | PAYDAY LOAN YES<br>»» 005 | Unsecured Creditors | $510.00 | $0.00 | $510.00 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $143.89 | $39.05 | $104.84 |
| 8 | **GEORGETTE MILLER ESQ**<br>»» 008 | Attorney Fees | $3,910.00 | $3,910.00 | $0.00 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $1,600.00 | $1,600.00 | $0.00 |

**Chapter 13 Case No. 18-10207-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,740.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $7,085.60 | Arrearages: | ($290.00) |
| Paid to Trustee: | $654.40 | Total Plan Base: | $12,010.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.