**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Annette Benson | : | Chapter 13 |
| | : | |
| | : | |
| Debtor(s). | : | Bankruptcy No. 18-10207-amc |

**O R D E R**

AND NOW, this _____ day of _____, 2023, upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan is **APPROVED**.

**Date: March 8, 2023**

_____
Honorable Judge Ashely M. Chan