| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-10207-AMC

ANNETTE  BENSON
1936 SOUTH HEMBERGER
PHILADELPHIA  PA    19145

Petition Filed Date: 01/11/2018
341 Hearing Date: 03/09/2018
Confirmation Date: 10/17/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/06/2023 | $200.00 | 19506788217 | | | | | | |

**Total Receipts for the Period: $200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,940.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | T-MOBILE USA INC »» 001 | Unsecured Creditors | $132.88 | $0.00 | $132.88 |
| 3 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 003 | Unsecured Creditors | $1,601.97 | $0.00 | $1,601.97 |
| 6 | UNITED STATES TREASURY (IRS) »» 06S | Secured Creditors | $138.15 | $138.15 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS) »» 06U | Unsecured Creditors | $21,950.26 | $0.00 | $21,950.26 |
| 4 | NEWREZ LLC  D/B/A »» 004 | Mortgage Arrears | $1,398.40 | $1,398.40 | $0.00 |
| 2 | MASSEY'S »» 002 | Unsecured Creditors | $211.89 | $0.00 | $211.89 |
| 5 | PAYDAY LOAN YES »» 005 | Unsecured Creditors | $510.00 | $0.00 | $510.00 |
| 7 | CITY OF PHILADELPHIA (LD) »» 007 | Secured Creditors | $143.89 | $39.05 | $104.84 |
| 8 | **GEORGETTE MILLER ESQ-TAX LEVY  11/9/20** »» 008 | Attorney Fees | $3,910.00 | $3,910.00 | $0.00 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $1,600.00 | $1,600.00 | $0.00 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $1,900.00 | $0.00 | $1,900.00 |

Chapter 13 Case No. 18-10207-AMC

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,940.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $7,085.60 | Arrearages: | $500.00 |
| Paid to Trustee: | $672.40 | Total Plan Base: | $10,140.00 |
| Funds on Hand: | $182.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.