United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10207-amc

Annette Benson                                                            Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                              Page 1 of 2

Date Rcvd: Feb 29, 2024                           Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

**Recip ID**      **Recipient Name and Address**
db      + Annette Benson, 1936 South Hemberger, Philadelphia, PA 19145-2712

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:**

**Name**      **Email Address**

CHRISTOPHER A. DENARDO
      on behalf of Creditor Land Home Financial Services  Inc. logsecf@logs.com

CHRISTOPHER A. DENARDO
      on behalf of Creditor Bonifera  LLC logsecf@logs.com

JOSHUA I. GOLDMAN
      on behalf of Creditor MCLP Asset Company  Inc. Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KEVIN G. MCDONALD
      on behalf of Creditor Citibank  N.A., not in its individual capacity, bit solely as trustee for NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com

LISA CANCANON
      on behalf of Creditor Land Home Financial Services  Inc. LisaC@w-legal.com, Llombardi06@law.du.edu

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Feb 29, 2024                       Form ID: pdf900                                Total Noticed: 1

MICHELLE LEE
                    on behalf of Debtor Annette Benson bky@dilworthlaw.com

POLLY A. LANGDON
                    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

1 Benson Stipulation Bankruptcy Case # 18-10207 - AMC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Annette Benson a/k/a Annette Benson-Hutchful a/k/a Annette Hutchful<br>      Debtor, | BANKRUPTCY CASE NUMBER<br>18-10207 - AMC |
| NewRez LLC, d/b/a Shellpoint Mortgage Servicing as servicer for Land Home Financial Services, Inc. as servicer for Bonifera<br>      Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Annette Benson a/k/a Annette Benson-Hutchful a/k/a Annette Hutchful<br>      Debtor/Respondent, | |
| Scott Waterman, Trustee<br>      Additional Respondent. | |

**STIPULATION AND ORDER**

AND NOW, in consideration of the mutual promises and agreements set forth below, and

other good and valuable consideration, the receipt and sufficiency of which is hereby

acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1.      This Stipulation shall govern all post-petition payments due and owing to Movant,

including those that fall due after the arrears, as set forth below, are cured.

2.      The post-petition arrearages on the mortgage held by Movant on Debtor's

property at 1936 South Hemberger, Philadelphia, PA 19145 (the "Property"), are $2,498.41. The

breakdown of the arrears is as follows:

| | |
|---|---|
| Post-Payments from 10/15/2023 to 1/15/2024 at $357.36 each | $1,429.44 |
| Suspense Balance | $(169.03) |
| Bankruptcy Fees | $1,050.00 |
| Bankruptcy Costs | $188.00 |

2 Benson Stipulation Bankruptcy Case # 18-10207 - AMC

3.       If Debtor provides proof of negotiated payments not already credited, they will

receive credit for those payments.

4.       Debtor shall cure the arrearages in the following manner:

(a)      The balance of the arrears, to-wit, $2,498.41, shall be cured by the Debtor through

the Chapter 13 Plan.  Debtor shall file an amended Chapter 13 Plan to pay the adjusted arrearage

claim of $3,896.81 to Movant (arrears paid to Movant by Trustee prior to loan modification of

$1,398.40 + post arrears of $2,498.14) by February 28, 2024.  Movant shall file an amended

proof of claim to reflect the same;

5.       Debtor shall resume making the regular monthly mortgage payments on February

15, 2024.  If funds are not received prior to the 15th of the month, then the payment shall include

all applicable late charges;

(a)      Should Debtor's regular monthly payment amount change, Debtor shall be

notified of such change, and the monthly payment amount due under the terms of the Stipulation

shall change accordingly;

(b)      All payments to Movant shall include the Loan No. written on the face thereof,

and shall be made directly to Attention: NewRez LLC, d/b/a Shellpoint  Mortgage Servicing, PO

Box 650840 Dallas, TX 75265;

(c)      Should the Debtor's post-confirmation plan be denied confirmation, counsel for

Movant may file a Certification of Default with the Court and the Court shall enter an Order

granting relief as to the Property.

(d)      All payments made pursuant to this Stipulation and Order shall be applied first to

reimburse Movant for its attorneys' fees and costs (as provided for above) in connection with this

3 Benson Stipulation Bankruptcy Case # 18-10207 - AMC

motion. All further payments will be applied to the arrears and/or monthly payments in the

manner prescribed by the Mortgage and Note.

6.      In the event that Debtor fails to file an Amended Chapter 13 Plan within the time

period prescribed above, or if Debtor fails to make any of the payments set forth above, Movant

shall notify Debtor and Debtor's attorney of the default in writing and Debtor may cure the

default within 15 days of the notice. If the default continues to the following month, the Debtor

shall include funds to cure that month's default as well. If Debtor should fail to cure the default

within 15 days, Movant may file a Certification of Default with the Court, and upon the filing of

the Certification, the Court shall enter an Order granting Movant relief from the automatic stay

as to the Property.

7.      In the event the instant bankruptcy case is converted to a case under Chapter 7,

this shall constitute a default under the terms of this Stipulation. Debtor shall cure the pre-

petition and post-petition arrears within ten (10) days from the date of conversion. Should the

Debtor fail to cure the arrears within ten (10) days from the date of conversion, counsel for

Movant may file a Certification of Default with the Court and the Court shall enter an Order

granting relief from the automatic stay as to the Property.

8.      Debtor understands that should Movant be forced to provide a written Notice of

Default of this Stipulation, that Debtor shall be responsible for any reasonable attorney fees of

$100.00 per Notice of Default and $200.00 per Certification of Default incurred by Movant as a

result of preparation of same.

9.      It is further ordered and agreed that the Debtor's right to cure shall be limited to

three (3) such opportunities and that upon the filing of a third Notice of Default under the terms

4 Benson Stipulation Bankruptcy Case # 18-10207 - AMC

of this Order, there shall be no further opportunity to cure and the Movant may proceed to

foreclose its security interest in the subject real property as described above.

        10.    The proof of claim of Land Home Financial Services, Inc. as servicer for Bonifera

is hereby updated to conform to this Agreed order, and further, this Agreed Order shall serve as a

Supplemental Proof of Claim.

        11.    Debtor agree that the Court may waive Rule 4001(a) (3), permitting Movant to

immediately implement and enforce the Court's order.

        The parties request that this Honorable Court approve this stipulation.


Dated: __02/21/2024__                  */s/ Christopher A. DeNardo*
                                        Christopher A. DeNardo 78447
                                        Heather Riloff - 309906
                                        Leslie J. Rase, 58365
                                        Attorney for Movant


Dated: __02/13/2024__                /s/Georgette Miller with express permission
                                          Georgette Miller, Esquire, Dilworth Paxson LLP
                                        Attorney for Debtor


Dated: __02/20/2024__                  /s/Ann Swartz with express permission
                                          Scott Waterman
                                          Trustee


        AND NOW, this __29th__ day of __Feb.__, 2024, it is hereby
ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this
Court.


                          BY THE COURT:


                          HONORABLE ASHELY M. CHAN
                          UNITED STATES BANKRUPTCY JUDGE