United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10207-amc |
| Annette Benson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 14, 2025 | Form ID: 138OBJ | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annette Benson, 1936 South Hemberger, Philadelphia, PA 19145-2712 |
| 14038886 | + | 1stprogress/1stequity/, P.o. Box 84010, Columbus, GA 31908-4010 |
| 14038889 | + | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14075913 | + | Kevin G. McDonald, Esquire, KML Law Group, P.C., Atty for MCCalla Raymer, LLC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14248859 | + | Land Home Financial Services, Inc., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14077840 | + | TEN DOLLAR PAYDAY LOAN.COM, Williamson and Brown,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 15 2025 00:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2025 00:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14073129 | | Email/Text: g17768@att.com | Mar 15 2025 00:48:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14038887 | | Email/Text: bankruptcy@sccompanies.com | Mar 15 2025 00:49:00 | Ashro, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14161400 | | Email/Text: megan.harper@phila.gov | Mar 15 2025 00:49:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14038888 | | Email/Text: cfcbackoffice@contfinco.com | Mar 15 2025 00:48:00 | Continental Finance Co, Cfc, 121 Continental Dr #108, Newark, DE 19713 |
| 14077344 | | Email/Text: ECF@fayservicing.com | Mar 15 2025 00:48:00 | Fay Servicing, LLC, Bankruptcy Department, 3000 Kellway Dr., Ste 150, Carrollton, TX 75006 |
| 14038890 | | Email/Text: ECF@fayservicing.com | Mar 15 2025 00:48:00 | Fayfinancial, 440 S La Salle St Ste 20, Chicago, IL 60605 |
| 14038891 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 15 2025 00:37:08 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14038892 | + | Email/Text: bankruptcy@sccompanies.com | Mar 15 2025 00:49:00 | Ginnys/Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14038894 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 15 2025 00:48:00 | IRS, 2970 Market Street, Philadelphia, PA 19104-5002 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2025 | Form ID: 138OBJ | Total Noticed: 24 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14797859 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 15 2025 00:48:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14066024 | + | Email/Text: bankruptcy@sccompanies.com | Mar 15 2025 00:49:00 | Massey's, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14797438 | | Email/Text: bkecf@padgettlawgroup.com | Mar 15 2025 00:48:00 | MCLP Asset Company, Inc., c/o Joshua I. Goldblum Esq., Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee FL 32312 |
| 14797338 | | Email/Text: bkecf@padgettlawgroup.com | Mar 15 2025 00:48:00 | MCLP Asset Company, Inc., c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 |
| 14038896 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2025 00:35:29 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14698068 | | Email/Text: bknotices@snsc.com | Mar 15 2025 00:49:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 14042306 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2025 00:35:49 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14038895 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14038893 | * | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14802563 | *+ | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14779613 | ##+ | Bonifera, LLC, c/o Lorraine Gazzara Doyle, LOGS Legal Group LLP, 3600 Horizon Drive-Suite 150, King of Prussia PA 19406-4702 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2025         Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Land Home Financial Services Inc. logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Bonifera LLC logsecf@logs.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2025 | Form ID: 138OBJ | Total Noticed: 24 |

JOSHUA I. GOLDMAN
    on behalf of Creditor MCLP Asset Company Inc. Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KEVIN G. MCDONALD
    on behalf of Creditor Citibank N.A., not in its individual capacity, bit solely as trustee for NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com

LISA CANCANON
    on behalf of Creditor Land Home Financial Services Inc. LisaC@w-legal.com, Llombardi06@law.du.edu

MICHELLE LEE
    on behalf of Debtor Annette Benson bky@dilworthlaw.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138OBJ* (6/24)−doc 131 − 124

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Annette Benson ) Case No. 18−10207−amc
   aka Annette Benson−Hutchful )
)
   Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

               Eastern District of Pennsylvania
               900 Market Street
               Suite 400
               Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 14, 2025                       For The Court

                                                                                 Timothy B. McGrath
                                                                                 Clerk of Court